UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR ALISON SWIFT,<br><br>　　　　Defendant. | Case No. 23-cv-03826-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 28 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation to dismiss this case for failure to file an amended in forma pauperis application or pay the filing fee, as well as Mr. Ramirez's further filings, none of which appear to be objections to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

In particular, the Court agrees with Judge Westmore's recommendation that Ramirez's complaint be dismissed with prejudice because the factual allegations are plainly frivolous. As noted, courts have "the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." ECF 28 at 2 (quoting *Neitzke v. Williams*, 490 U.S. 319, 327 (1989)). To the extent that Ramirez alleges that he is married to singer Taylor Swift, that various non-defendants are making false charges against him, and that he is entitled to the Osama Bin Laden reward money, his complaint plainly fails to satisfy Title 28 U.S.C. § 1915(a).

//

//

//

1  Accordingly, the Court hereby DISMISSES the case in its entirety with prejudice.

2  **IT IS SO ORDERED.**

3  Dated: November 13, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**